**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**LAUREN HOLY,**
**Plaintiff,**

**v.** **Case No. 16-20475-CIV-GAYLES**

**ROYAL CARIBBEAN CRUISES LTD.,**
**Defendant.**
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on the parties' Stipulation for Dismissal With Prejudice [ECF No. 17]. Being fully advised, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of April, 2016.

______________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE